IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CV-53-H

DAISY LOCKLEAR,  )
                 )
     Plaintiff,  )
                 )
                 )
     v.          )
                 )          **ORDER**
                 )
CHARLES F. LOWRY, *Executive* )
*VP*, and PRUDENTIAL INSURANCE )
SGLI,            )
                 )
     Defendants. )

This matter is before the court for frivolity review. United States Magistrate Judge Robert B. Jones filed a Memorandum and Recommendation ("M&R") recommending that plaintiff's motion to proceed in forma pauperis be denied and that Plaintiff be required to tender to the clerk the filing and administrative fees of $400.00. Plaintiff has filed no objections to the M&R, and the time for doing so has expired.[1]

---

[1] Since entry of the M&R in this matter, this case was reassigned to the undersigned. After the filing of the M&R, but before reassignment, the clerk received a letter from the pro se plaintiff inquiring about the filing fee she was required to pay. At the direction of the undersigned, the Clerk sent a response to plaintiff explaining that the M&R had not yet been ruled on and detailing the filing fee were the M&R to be adopted. No more responses or filings have been received from plaintiff.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons stated therein, plaintiff's *pro se* application to proceed *in forma pauperis* [DE #3] is denied. If plaintiff wishes to have her complaint filed she shall tender to the clerk the filing and administrative fees of $400 within 30 days.

This 20ᵗʰ day of September 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2